DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
LARRY ABEYTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-036-WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND PERMITTING** |
| ) | **TEMPORARY RELEASE TO ATTEND A** |
| v. ) | **FAMILY MEMBER FUNERAL** |
| ) | |
| LARRY ABEYTA, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Carolyn K. Delaney |
| _____ ) | |

Defendant LARRY ABEYTA, by and through his counsel, COURTNEY FEIN, Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties to release Mr. Abeyta from custody to attend his Uncle Felix Rodriguez's funeral to be held  at 10:30 a.m. at Truth & Life Fellowship 5650 Power Inn Rd Sacramento, CA 95824, 916.383.4587.

Mr. Abeyta is to be released to the custody of Federal Defender, Investigator, Henry Hawkins, and Federal Defender Investigator, Juan Doig, who will pick up Mr. Abeyta at the Sacramento County Jail, Sacramento, California at 10:00 a.m. on  October 28, 2011.  Mr.

/ / /

/ / /

/ / /

Abeyta will be in our Investigators' custody during the 4 ½ hour duration and will return back to the jail on or before 2:30 p.m. on that date.

DATED: October 21, 2011.                          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Designated Counsel for Service
                                        Attorney for LARRY ABEYTA

DATED: October 21, 2011.                 BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ William Wong
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff




                                ORDER

     IT IS SO ORDERED.

Dated:  October 21, 2011




                           _Kendall J. Newman_
                           _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE