# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**LARRY GENE JOSE ABEYTA;**<br>**T/N:** LARRY GENE JOSE ABEYTA, JR.<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:11CR00036-01**<br><br>Courtney Fein, Asst. Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 2  as alleged in the violation petition filed on 12/21/2011 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Alcohol Use | 12/17/2011 |

The court:  [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on  9/6/2011 , with the additional modification:   The defendant shall reside and participate in a Residential Reentry Center (RRC), for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).

    The defendant is sentenced as provided in pages 2 through  1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charge  1  is dismissed.


**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 7, 2012
Date of Imposition of Sentence

*/s/ William B. Shubb*
Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

May 10, 2012
Date