```
 1  William E. Bonham, SBN: 55478
    916 2nd Street, 2nd Floor
 2  Sacramento, CA 95814
    Telephone:(916) 557-1113
 3
    Attorney for defendant
 4  MICHAEL CORSBIE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 11-CR-00036 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT OR DENY HEARING** |
| MICHAEL CORSBIE, | |
| Defendant. | |

The defendant, Michael Corsbie, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit or deny hearing, currently set for Monday, November 18, 2013 at 9:30 am, be vacated and continued until Monday, January 6, 2014 at 9:30 am. USPO White has been informed and has no objection.

A continuance is necessary to provide counsel with additional time for further discussions with his client and case preparation.

I, William E. Bonham, the filing party, have received authorization from AUSA Sherry Haus to sign and submit this stipulation and proposed order on her behalf.

1

Accordingly, the defense and the United States stipulate that the admit or deny hearing for defendant, Michael Corsbie should be continued until Monday, January 6, 2014 at 9:30 am.

Dated: November 15, 2013

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
SHERRY HAUS
Assistant U.S. Attorney

Dated: November 15, 2013

By:/s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant
Michael Corsbie

**ORDER**

IT IS SO ORDERED. The admit or deny hearing currently set for Monday, November 18, 2013 is vacated and continued to Monday, January 6, 2014 at 9:30 am.

Dated: November 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE